1
2
3
4
5
6               **IN THE UNITED STATES DISTRICT COURT**
7                     **FOR THE DISTRICT OF ARIZONA**
8

9   Maryland Casualty Company,                    No. CV-14-02308-TUC-RM (BGM)

10                 Plaintiff,                      **ORDER**

11  v.

12  Angelo's Pizza and Gyros LLC, et al.,

13                 Defendants.

14

15          Pending before the Court is Plaintiff Maryland Casualty Company's Motion for

16  Summary Judgment (Doc. 33).   On October 2, 2015, Magistrate Judge Bruce G.

17  Macdonald issued a Report and Recommendation (Doc. 45) recommending that this

18  Court grant Plaintiff's Motion for Summary Judgment.  No objections to the Report and

19  Recommendation were filed.

20          A district judge must "make a de novo determination of those portions" of a

21  magistrate judge's "report or specified proposed findings or recommendations to which

22  objection is made."  28 U.S.C. § 636(b)(1)(C).  The advisory committee notes to Rule

23  72(b) of the Federal Rules of Civil Procedure state that, "[w]hen no timely objection is

24  filed, the court need only satisfy itself that there is no clear error on the face of the record

25  in order to accept the recommendation" of a magistrate judge.  *See also Prior v. Ryan*,

26  2012 WL 1344286, at *1 (D. Ariz. Apr. 18, 2012) (reviewing for clear error unobjected-

27  to portions of Report and Recommendation); *Johnson v. Zema Sys. Corp.*, 170 F.3d 734,

28  739 (7th Cir. 1999) ("If no objection or only partial objection is made, the district court

judge reviews those unobjected portions for clear error.").

The Court has reviewed Judge Macdonald's Report and Recommendation, the parties' briefs, and the record.  The Court finds no error in Judge Macdonald's Report and Recommendation.  Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 45) is **accepted and adopted**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (Doc. 33) is **granted**.  The insurance policy at issue does not provide coverage for the claims made in the underlying lawsuit, Pima County Superior Court case number C-2013-3966, and Plaintiff Maryland Casualty Company is not obligated to defend or indemnify Defendants Angelo's Pizza and Gyros, LLC; Christian Scott Burton; Danny Walsh; and Danny Walsh Enterprises, LLC in relation to that underlying lawsuit.

Dated this 4th day of January, 2016.

_____
Honorable Rosemary Marquez
United States District Judge